AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2008 NOV 14  PM 4: 25

## JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

**UNITED STATES OF AMERICA**

CASE NUMBER: 3:99-cr-123-J-25TEM
USM NUMBER: 28518-018

V.

DEWAYNE YARBART

Defendant's Attorney: James H. Burke, Jr., Esq. (Cja)

## THE DEFENDANT

__X__  admitted guilt and is adjudicated guilty to violation of charge number 1 of the conditions of supervised release of the Petition.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct, Conspiracy To Traffic in Controlled Substance While on Supervision, in violation of the Conditions of Release | November 23, 2008 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: October 30, 2008

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE
DATE: ~~October~~ 14, 2008
November

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| | |
|---|---|
| Defendant: DEWAYNE YARBART | Judgment - Page 2 of 3 |
| Case No.: 3:99-cr-123-J-25TEM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **forth-six (46) months to run consecutive to the state sentence he is currently serving.**.

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

_____ at _____ a.m.  p.m. on _____.

_____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

_____ before p.m. on .

_____ as notified by the United States Marshal.

_____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
         Sheet 3 - Supervised Release

| Defendant: | DEWAYNE YARBART | Judgment - Page 3 of 3 |
|---|---|---|
| Case No.: | 3:99-cr-123-J-25TEM | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall **NOT** be on supervised release.